UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-213(DSD/DJF)

Michael Fiorito,

       Plaintiff,

v.                               **ORDER**

Metropolitan Council,

       Defendant.

This matter is before the court upon plaintiff Michael Fiorito's motion asking the court to confirm that he has complied with filing restrictions and to grant him reasonable accommodations. The motion will be denied. The court will not make a general statement about plaintiff's compliance, nor will it grant accommodations in the abstract. Should plaintiff need specific accommodations in this case, he may ask for it at the time they are needed.

Accordingly, **IT IS HEREBY ORDERED** that the motion [ECF No. 102] is denied.

Dated: July 15, 2025

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court