# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Fiorito,　　　　　　　　　　　　　　Case No. 25-cv-213 (DSD/DJF)

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Metropolitan Council,

　　　　　　Defendants.

　　　　This matter is before the Court on Plaintiff Michael Fiorito's self-styled *Motion for Sanctions Against Defendant's Counsel for Violations of Federal Rule of Civil Procedure 11* ("Motion") (ECF No. 105). Mr. Fiorito asks the Court to sanction defense counsel for alleged violations of Rule 11 of the Federal Rules of Civil Procedure. (*Id.* at 9.) The Court is not persuaded. The Court will not wade into a dispute about who said what to whom in discussions that are immaterial to any pending decision. Plaintiff's disagreement with Defendants' characterization of the parties' negotiations does not point to sanctionable conduct. The Motion is therefore denied.

　　　　**IT IS SO ORDERED.**

Dated: July 17, 2025　　　　　　　　　　　　*s/ Dulce J. Foster*
　　　　　　　　　　　　　　　　　　　　　　　DULCE J. FOSTER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge