**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Fiorito,                                                       Case No. 25-cv-213 (DSD/DJF)

        Plaintiff,

v.                                                                             **ORDER**

Metropolitan Council,

        Defendant.

This matter is before the Court on Plaintiff Michael Fiorito's *Motion for Acceptance of Substantially Compliant Meet and Confer and Request for ADA Considerations* (ECF No. 150) ("Motion"). The Motion asks the Court to: (1.) accommodate Mr. Fiorito's disabilities by allowing him to file motions "immediately upon completion" without meeting and conferring with opposing counsel; (2.) direct defense counsel to accommodate his disabilities by extending unspecified timelines and using "patient communication"; (3.) allow Mr. Fiorito to file a motion to amend the complaint; and (4.) file a motion to "correct misjoinder of parties." Defendant objects to the first two requests and states it will oppose a motion to amend the complaint. (ECF No. 163.)

Mr. Fiorito's disabilities do not appear to interfere with his ability to repeatedly call the Court to seek leave to file motions. (*See* ECF Nos. 148-49, 162.) The Court therefore does not believe he is unable to meet and confer with opposing counsel before filing a motion. His first request is **DENIED**. As to his non-specific accommodation request, the Court will only consider specific accommodation requests on a case-by-case basis. His second request is **DENIED**.

Mr. Fiorito's third request is **GRANTED**. Plaintiff may file a motion requesting permission to amend the complaint, but it must be compliant with Local Rule 15.1 or the Court will deny it. Moreover, the Court cautions that permission to file the motion not indicative of whether the motion

will be granted or denied.  Mr. Fiorito need not meet and confer with opposing counsel before filing his motion to amend because Defendant has already stated on the record that it intends to oppose the motion.  Mr. Fiorito also need not file his motion to amend with a notice of hearing because the Court will address the motion without a hearing based on the written submissions.

Mr. Fiorito's fourth request seeking to file a motion to "correct misjoinder of parties" is **DENIED**, to the extent he seeks relief other than permission to file an amended complaint.  There are no possible grounds to assert misjoinder of parties because Mr. Fiorito is the sole Plaintiff in this action and, in light of previous dismissals, Metropolitan Council is the sole defendant.

**IT IS SO ORDERED.**

Dated: April 13, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge