UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 25-213(DSD/DJF)


Michael Fiorito,

                    Plaintiff,

v.                                                    **ORDER**

Metropolitan Council,

                    Defendant.


This matter is before the court on the objections by plaintiff Michael Fiorito to the April 13, 2026, orders of Magistrate Judge Dulce J. Foster.

The district court will modify or set aside a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.2(a).  This is an "extremely deferential" standard.  Reko v. Creative Promotions, Inc., 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).  "A finding is clearly erroneous when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed."  Chakales v. Comm'r of Internal Revenue, 79 F.3d 726, 728 (8th Cir. 1995) (citations and internal quotation marks omitted).  "A decision is contrary to law when it fails to apply or misapplies relevant

statutes, case law or rules of procedure." Knutson v. Blue Cross & Blue Shield of Minn., 254 F.R.D. 553, 556 (D. Minn. 2008) (citations and internal quotation marks omitted).

Fiorito argues that the magistrate judge erred in denying his motion for the appointment of counsel and his motion to take more depositions than he is currently allotted. The court finds no basis on which to overturn either of the magistrate judge's decisions. They were not clearly erroneous or contrary to law.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that the objections to the magistrate judge's orders [ECF Nos. 173, 174] are overruled.

Dated: May 6, 2026

s/David S. Doty
David S. Doty, Judge
United States District Court

2