**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Fiorito,                                             Case No. 25-cv-213 (MJD/DJF)

        Plaintiff,

v.                                                                          **ORDER**

Metropolitan Council,

        Defendant.

In what has become a common occurrence, Plaintiff Michael Fiorito has requested leave to file several meritless motions. Mr. Fiorito's latest prospective motions seek the following: (1.) a stay of pending response deadlines; (2.) an order directing defense counsel to re-serve several documents in plain-text emails, instead of the PDF format in which they were previously; (3.) an order directing defense counsel to continue to serve documents in both PDF format and in plain-text emails; (4.) "reasonable" limits on the volume of service of documents on him; (5.) an undefined extension of all response periods that are seven days long or fewer; and (6.) an order "reaffirming" the terms of an agreement the parties reached in February 2026 regarding various accommodations.

- Requests 1, 4 and 5 are denied, because **as already ordered twice now** (*see* ECF Nos. 104, 174), accommodation requests must be specific. The Court is furthermore unpersuaded that Plaintiff cannot handle the volumes of documents served on him in light of the extraordinary volume of litigation documents he, himself has generated. (*See generally* Docket.) Indeed, defense counsel states that Mr. Fiorito sent **over 60** separate emails to her over the span of *two weeks*. (ECF No. 183 at 3 n.1.) Given Mr. Fiorito's copious filings and other previous litigation conduct, the Court is simply unpersuaded that Mr. Fiorito's alleged disability renders him either incapable of processing large volumes of materials or in need of deadline

extensions to litigate this case.  Mr. Fiorito's request for an indefinite stay of his response deadlines is also denied for this reason. All deadlines remain in full force and effect.

- Requests 2 and 3 are denied.  Defense counsel is not obligated to serve documents on Mr. Fiorito in multiple formats.  Mr. Fiorito may select **one** format (either hard copy or pdf) and communicate his preference to defense counsel.  Any future requests for alternative formats should be negotiated directly with defense counsel without involving the Court.

- Request 6 is denied.  Any agreement the parties may have entered regarding their own communications with each other during this litigation does not have the effect of a court order and is not grounds for relief from the Court.

Almost one year ago, the Court instructed the parties at the pretrial scheduling conference that unduly voluminous and frequent motion filing practices may result in the imposition of motion filing restrictions in this action.  (ECF No. 74.)  The Court reminds Mr. Fiorito of this instruction and warns him that the Court's patience with his frivolous and unduly burdensome litigation tactics is fast approaching an end.  Future filings of this nature are likely to result in the imposition of restrictions as previously warned.

     **IT IS SO ORDERED.**

Dated: May 14, 2026                  *s/ Dulce J. Foster*
                                     Dulce J. Foster
                                     United States Magistrate Judge